# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stevenson, Karen L. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Maghistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse 312 N. Spring Street, Room 504 Los Angeles, CA 90012 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Of Counsel (2013-2015) | Buchalter Nemer, APLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Buchalter Nemer APLC Salary | $114,145.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Buchalter Nemer APLC | Investiture Ceremony Reception | $3,570.25 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AES | Student Loan (Law School) | None |
| 2. | American Express | Credit Card | J |
| 3. | Bank of America | Credit Card | J |
| 4. | Navient | Student Loan (Law School) | L |
| 5. | CitiCards VISA | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 2. Fidelity Capital & Income | B | Int./Div. | K | T | | | | | |
| 3. Fidelity Balanced Mut Fund | A | Int./Div. | K | T | | | | | |
| 4. Fidelity Value | A | Int./Div. | J | T | | | | | |
| 5. AMG Mgrs Bond Fd. Servie | B | Int./Div. | L | T | | | | | |
| 6. Am.Century Md Cap Value | A | Int./Div. | J | T | | | | | |
| 7. FMI Large Cap Fund | A | Int./Div. | K | T | | | | | |
| 8. Heartland Select Value | A | Int./Div. | J | T | | | | | |
| 9. Janus Balanced Fund | A | Int./Div. | K | T | | | | | |
| 10. Kinetics Small Cap Opportunities | A | Int./Div. | J | T | | | | | |
| 11. Blackrock S&P Stock | A | Int./Div. | | | Sold | 12/21/15 | K | | |
| 12. Conservative Model Fund- Allianz GI Global Water | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 13. Focused Dividend Strategy -FDSX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 14. Goldman Sachs LG CP GR Insight GLCGX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 15. Goldman Sachs SM Cap Value - GSSIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 16. Hartford Global Capital Apprec-HCTSX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 17. MFS Int'l VALUE - MGIAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Income InstL - PMIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 19. PIMCO REAL RETURN - PRRIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 20. PRUDENTIAL JENN MATURAL RES-PNRZX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 21. Virtus Foreign Opportunities -JVXIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 22. Wells Fargo ADV AJD - RATE GVT - EKIZX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 23. Wells Fargo ADV SPEC Md CP VAL WFPAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 24. Prudential JENN MID CAP GROWTH-PEEZX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 25. Ready Assets Prime MOney Fund - MRAXX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 26. Oppenheimer Developing Markets - ODMAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 27. MFS Government Securities | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 28. Principal Inv High Yield- CPHYX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 29. Conservative to Moderate Model Fund - Allianz Global Water - AWTIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 30. Focused Divident Strategy - FDSAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 31. Goldman Sachs SM Cap Value - GSSIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 32. Goldman Sachs LG CP Gr INsight - GLCGX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 33. Hartford Global Capital Apprec-HCTSX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 34. INVESCO Real Estate Fund - IARIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Int'l Value - MGIAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 36. PIMCO Instl - PIMIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 37. PIMCO Real Return -PRRIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 38. Prudential Jenn Natural Res - PNRZX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 39. Virtus Foreign Opportunities - JVXIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 40. Wells Fargo Adv Adj Rate GVT - EKIZX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 41. Wells Fargo Adv Spec Md Cp Val - WFPAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 42. Prudential Jenn Mid Cap Growth - PEEAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 43. Ready Assets Prime Money Fund - MRAXX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 44. Oppenheimer Developing Markets - ODMAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 45. Sentinel Small Company A-SAGWX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 46. MFS Government Securities - MFGSX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 47. Principal Inv High Yield - CPHYX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 48. Davis Financial A -RPFGX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 49. Hartford Global Capital Apprec | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 50. Ivy Science & Technology Y | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 51. MFS Gov's Securities | A | Int./Div. | | | Sold | 12/21/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Moderate to Aggressive Model Fund | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 53. Oppenheimer Global Opportunity | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 54. PIMCO Total Return | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 55. Ready Assets Prime Money Fund | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 56. Sentinal Small Company A | A | Interest | | | Sold | 12/21/15 | J | | |
| 57. Target Date Model 2020 -Focused Dividend Strategy - FDSAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 58. Goldman Sachs LG Cp Gr Insight - GLCGX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 59. Goldman Sachs SM Cap Value - GSSIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 60. MFS Int'l Value - MCGIAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 61. PIMCO Income Instl - PMIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 62. PIMCO Real Return - PRRIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 63. PIMCO Total Return PTTRX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 64. Virtus Foreign Opportunities - JVXIX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 65. Wells Fargo ADV Spec Md Cp Val - WFPAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 66. PRudential Jenn Mid Cap Growth - PEEAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 67. Ready Assets Prime Money Fund - MRAXX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 68. Oppenheimer Develophng Markets - ODMAX | A | Int./Div. | | | Sold | 12/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stevenson, Karen L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sentinel Small Company A - SAGWX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 70. MFS Government Securities - MFGSX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 71. Principal Inv. High Yield - CPHYX | A | Int./Div. | | | Sold | 12/21/15 | J | | |
| 72. Capital One 360 Savings Acct | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stevenson, Karen L. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII - the investments that were sold were my former law firm 401K account that I rolled over into the TSP.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Stevenson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544